UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: Application for Exemption from ) <br>      Electronic Public Access Fees for ) <br>      Chantalle R. Forgue, ) <br>      Plymouth State University ) | Miscellaneous Business <br> Docket No. 20-mc-91510-FDS |

## ORDER

     This matter is before the Court upon the application and request by Chantalle R. Forgue, Associate Professor of Business Law at Plymouth State University for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

     Specifically, Ms. Forgue seeks a discretionary Public Access to Court Electronic Records ("PACER") fee exemption for charges incurred when researching the application of text analytics to legal documents. She has identified 44 *Nature of Suit* categories in the United States District Court for the District of Massachusetts in which she seeks to access two documents for each case—namely, docket reports and complaint/petition pages. Ms. Forgue intends to use a third-party software application in CM/ECF to download the identified civil case docket reports and complaint pleadings in bulk so they can have a package upon which to apply big-data analytics tools.

     The Judicial Conference's Fee Schedule provides that courts may consider granting discretionary fee exemptions to individual researchers associated with education institutions who "have shown that the defined research project is intended for scholarly research, that it is limited in scope, and that it is not intended for redistribution on the internet or for commercial purposes."

     The proposal for a PACER fee exemption does not clearly articulate a limited scope for the intended research. Ms. Forgue proposes to use only a small subset of cases using a third-party script to access and download data in bulk prior to running analytics. A script that is corrupted or improperly coded could cause significant disruption to the court's electronic case filing system, which in turn could create substantial harm to the operations of the court. Under the circumstances, Ms. Forgue has not demonstrated her eligibility for a discretionary fee exemption.

     Accordingly, for the reasons set forth in this Order, it is hereby

     **ORDERED** that Ms. Forgue's PACER Fee Exemption Request is **DENIED** without prejudice; and it is further

     **ORDERED** that the Clerk of Court shall send a copy of this Order to the PACER Service Center; and it is further

**ORDERED** that the Clerk of the Court is directed to close this case.

**SO ORDERED**

Dated:  December 4, 2020          /s/ F. Dennis Saylor IV
                                   F. Dennis Saylor, IV
                                   Chief Judge, United States District Court