UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: Application for Exemption from )<br>Electronic Public Access Fees for )<br>Chantalle R. Forgues, Daniel Lee, )<br>and Plymouth State University ) | Miscellaneous Business<br>Docket No. 20-mc-91510-FDS |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the court and are available in paper form only:

1. PETITIONERS' MOTION TO ALTER OR AMEND JUDGMENT, OR IN THE ALTERNATIVE MOTION FOR RELIEF FROM JUDGMENT OR ORDER, and
2. PETITIONERS' MEMORANDUM IN SUPPORT OF MOTION TO ALTER OR AMEND JUDGMENT, OR IN THE ALTERNATIVE MOTION FOR RELIEF FROM JUDGMENT OR ORDER

The original documents are maintained in the case file in the clerk's office.

| | |
|---|---|
| *December 28, 2020* | */s/ Chantalle R. Forgues* |
| Date | *Pro Se* |
| | Chantalle R. Forgues, crforgues@plymouth.edu |
| | Daniel S. Lee, sclee1@plymouth.edu |
| | |
| | Plymouth State University<br>School of Business MSC #27<br>17 High Street<br>Plymouth, NH 03264<br>603-535-5000 |

FILED
IN CLERKS OFFICE
2020 DEC 31  AM 10: 42
U.S. DISTRICT COURT
DISTRICT OF MASS.