UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: Application for Exemption from     )     Miscellaneous Business
      Electronic Public Access Fees for    )     Docket No. 20-mc-91510-FDS
      Chantalle R. Forgues and              )
      Plymouth State University             )

## MOTION TO ALTER OR AMEND JUDGMENT, OR IN THE ALTERNATIVE MOTION FOR RELIEF FROM JUDGMENT OR ORDER

Petitioners respectfully move this Court under Federal Rules of Civil Procedure 59(e) and 60(b) to reconsider its order of December 4, 2020 denying without prejudice petitioners' request for a waiver of PACER fees to access certain public documents for academic research purposes. As explained in the accompanying Memorandum, the Court's decision was based on error or mistake regarding the standards by which a waiver of PACER fees is granted, as well as error or mistake with respect to the method by which petitioners seek to download court documents from PACER. Furthermore, as more fully explained in the accompanying Memorandum, public policy necessitates relieving petitioners from certain provisions of the Court's order.

For these reasons, petitioners request that this Court amend its judgment, or relieve petitioners therefrom, to permit petitioners a waiver of PACER access fees.

### REQUEST FOR ORAL ARGUMENT

As more fully explained in the accompanying Memorandum, an oral argument would assist the Court's understanding of petitioners' research and the bulk downloading technology petitioners propose to use, which, significantly, has been used regularly on PACER by law firms and large institutions for several years. Petitioners request a hearing on their motion accordingly.

### RULE 7.1(a)(2) CERTIFICATION

Petitioners hereby certify that they have in good faith conferred, and attempted to resolve and narrow the instant issue, with the Clerk's office of this Court prior to filing this motion.

## CERTIFICATE OF SERVICE

No certificate of service is required for this motion because there are no opposing parties; this case presents an issue only of miscellaneous business for the Court.

RESPECTFULLY SUBMITTED,

*/s/ Chantalle R. Forgues*
CHANTALLE R. FORGUES
DANIEL S. LEE
*Pro Se*
Plymouth State University
17 High Street, MSC #27
Plymouth, NH 03264
Phone: 603-535-5000
Email: crforgues@plymouth.edu

DATE: December 28, 2020